IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

**FRANKIE BROWN**     **PLAINTIFF**
**ADC # 083131**

v.     Case No. 1:19-cv-00116 BSM

**KASHEENA WILSON, et al.**     **DEFENDANTS**

### ORDER

The proposed findings and recommendations ("RD") from United States Magistrate Judge Patricia S. Harris [Doc. No. 10] has been received. After *de novo* review of the record, the RD is adopted. This case is dismissed without prejudice for failure to state a claim upon which relief may be granted. Dismissal of this action counts as a "strike" within the meaning of 28 U.S.C. § 1915(g). Pursuant to 28 U.S.C. § 1915(a)(3), an *in forma pauperis* appeal would not be taken in good faith. Frankie Brown's motion for subpoenas [Doc. No. 11] is denied as moot.

IT IS SO ORDERED this 18th day of February 2020.

_____
UNITED STATES DISTRICT JUDGE