**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**BATESVILLE DIVISION**

**FRANKIE BROWN**                                                                          **PLAINTIFF**
**ADC # 083131**

**v.**                                    **Case No. 1:19-cv-00116 BSM**

**KASHEENA WILSON, et al.**                                                    **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 18th day of February 2020.

_____
UNITED STATES DISTRICT JUDGE